1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **GARDEN CITY BOXING CLUBS, INC.**

7

8                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9

| GARDEN CITY BOXING CLUBS, INC., | CASE NO. C 07-05925 MMC |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| MIGUEL JUAREZ ZAVALA, et al. | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses ***without prejudice*** the following Defendant: ZAVALA CORP., an unknown business entity d/b/a TIJUANA MIKES MEXICAN RESTAURANT & TEQUILA BAR, ***only***

Dated: February 18, 2008        */s/ Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                GARDEN CITY BOXING CLUBS, INC.

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO. C 07-05925 MMC**
**PAGE 1**

# PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 18, 2008, I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Miguel Juarez Zavala (Defendant)
200 San Joaquin Avenue
Antioch, CA 94509

Zavala Corp. (Defendant)
(c/o Miguel Juarez Zavala)
200 San Joaquin Avenue
Antioch, CA 94509

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 18, 2008, at South Pasadena, California.

Dated: February 18, 2008        */s/ Raquel Hernandez*
                                RAQUEL HERNANDEZ