THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL JUAREZ ZAVALA, et al. <br><br> Defendants. | CASE NO. C 07-05925 MMC <br><br> PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |

TO THE HONORABLE MAXINE M. CHESNEY, MIGUEL JUAREZ ZAVALA, AND ZAVALA CORP. DEFENDANTS, AND THEIR ATTORNEY/S OF RECORD:

1. On November 26, 2007, Plaintiff's Complaint was filed against Defendant Miguel Juarez Zavala, (hereinafter referred to as "Defendant").

2. On November 26, 2007, Plaintiff's Complaint was filed against Defendant Zavala Corp., (hereinafter referred to as "Defendant").

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 1

3. As of this writing, Plaintiff has not yet served the initiating suit papers on defendants Miguel Juarez Zavala or Zavala Corp.

**4.** Plaintiff recently identified an address it believes will be valid and effective to perfect service of process against defendant Miguel Juarez Zavala. Defendant Zavala Corp. is no longer in good standing. As such, defendant Zavala Corp. has been dismissed from this action.

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Miguel Juarez Zavala.

Plaintiff additionally and respectfully requests this Honorable Court continue the Case Management Confernece, presently set for Friday, March 7, 2008 to a date approximately thirty (30) days forward.

Respectfully submitted,

Date: February 18, 2008        */s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By: Thomas P. Riley, Esquire
                               Attorneys for Plaintiff
                               Garden City Boxing Club, Inc.

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 2**

# ORDER ~~(Proposed)~~

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Miguel Juarez Zavala where service has not been made or service by publication requested.

It is further ordered that the Case Management Conference presently set for Friday, March 7, 2008 is hereby continued to April 18, 2008.

Plaintiff shall serve a copy of this Order on Defendant Miguel Juarez Zavala, and file a Cetificate of Service of Order promptly thereafter.

**IT IS SO ORDERED**:

_____  Date: February 19, 2008
**HONORABLE MAXINE M. CHESNEY**
United States District Court Judge
Northern District of California

///
///
///
///
///

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 3**