Thomas P. Riley, SBN194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-977-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Miguel Juarez Zavala, et al,<br><br>Defendants. | Case No. C 07-5925 MMC<br><br>CERTIFICATE OF SERVICE OF ORDER |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On February 25, 2008, Plaintiff's counsel duly served a true and correct copy of the enclosed Order upon all Parties of record or their counsel.

Respectfully submitted,

Dated:  February 25, 2008          */s/ Thomas P. Riley*
                                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                              By: Thomas P. Riley
                                                              Attorneys for Plaintiff
                                                              Garden City Boxing Club, Inc.

## ORDER ~~(Proposed)~~

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Miguel Juarez Zavala where service has not been made or service by publication requested.

It is further ordered that the Case Management Conference presently set for Friday, March 7, 2008 is hereby continued to __April 18, 2008__.

Plaintiff shall serve a copy of this Order on Defendant Miguel Juarez Zavala, and file a Cetificate of Service of Order promptly thereafter.

**IT IS SO ORDERED**:

_____[signature: Maxine M. Chesney]_____     Date: __February 19, 2008__
**HONORABLE MAXINE M. CHESNEY**
United States District Court Judge
Northern District of California

///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 25, 2008, I served:

**CERTIFICATE OF SERVICE OF ORDER**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Miguel Juarez Zavala (Defendant)
200 San Joaquin Avenue
Antioch, CA 94509

Zavala Corp. (Defendant)
(c/o Miguel Juarez Zavala)
200 San Joaquin Avenue
Antioch, CA 94509

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 25, 2008, at South Pasadena, California.

Dated: February 25, 2008            */s/ Raquel Hernandez*
                                     **RAQUEL HERNANDEZ**