**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
GARDEN CITY BOXING CLUB, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | CASE NO. C 07-05925 MMC |
| Plaintiff, | PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| vs. | |
| MIGUEL JUAREZ ZAVALA, et al. | |
| Defendants. | |

TO THE HONORABLE MAXINE M. CHESNEY, MIGUEL JUAREZ ZAVALA, DEFENDANT, AND HIS ATTORNEY OF RECORD:

1.      On November 26, 2007, Plaintiff's Complaint was filed against Defendant Miguel Juarez Zavala, (hereinafter referred to as "Defendant").

2.      As of this writing, Plaintiff has not yet served the initiating suit papers on defendant Miguel Juarez Zavala.

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 1

3. Plaintiff has recently identified a new address it believes will be valid and effective to perfect service of process against defendant Miguel Juarez Zavala. (Defendant Zavala Corp. has been dismissed from this action.)

4. In fact, Plaintiff has been attempting service at new address dillgently since being made aware of it and is confident a brief addtional extention of time will enable the process server to complete process.

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional fourteen (14) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Miguel Juarez Zavala.

Plaintiff additionally and respectfully requests this Honorable Court continue the Case Management Conference, presently set for Friday, April 18, 2008 to a date approximately fourteen (14) days forward.

Respectfully submitted,

Date: April 16, 2008         */s/ Thomas P. Riley*
                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                             By: Thomas P. Riley, Esquire
                             Attorneys for Plaintiff
                             Garden City Boxing Club, Inc.

## ORDER ~~(Proposed)~~

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional fourteen (14) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Miguel Juarez Zavala where service has not been made or service by publication requested.

It is further ordered that the Case Management Conference presently set for Friday, April 18, 2008 is hereby continued to Friday, ~~May 2~~ May 23, 2008.

Plaintiff shall serve a copy of this Order on Defendant Miguel Juarez Zavala, and file a Certificate of Service of Order promptly thereafter.

**IT IS SO ORDERED**:

_[signature: Maxine M. Chesney]_                                    Date: April 17, 2008
**HONORABLE MAXINE M. CHESNEY**
United States District Court Judge
Northern District of California

///
///
///
///
///

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

**PAGE 3**