| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name):   PLAINTIFF | TIJUANA MIKES 11/27/04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF/PETITIONER:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:
ZAVALA

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C07-05925 AMMC ADR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served:  MIGUEL JUAREZ ZAVALA, INDIVIDUALLY AND D/B/A TIJUANA MIKE'S MEXICAN RESTAURANT & TEQUILA BAR

4. Address where the party was served:  2316 COOLEY AVENUE
   EAST PALO ALTO, CA  94303-1635

5. I served the party
   b. **by substituted service.** On: April 19, 2008 at: 09:20 am I left the documents listed in item 2 with or in the presence of ARMANDO ZAVALA - CO-OCCUPANT
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. J. CERVANTES
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $135.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 1006
      (iii) County: SAN FRANCISCO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008

_J. Cervantes_ (signature)
J. CERVANTES

Judicial Council form POS-010 Rev. 01/01/07

**PROOF OF SERVICE**

08775-6/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name):  PLAINTIFF | TIJUANA MIKES 11/27/04 | |

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT:
ZAVALA

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME | DEPT/DIV | CASE NUMBER<br>C07-05925 AMMC ADR |
|---|---|---|---|---|

I received the within process on April 9, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   MIGUEL JUAREZ ZAVALA, INDIVIDUALLY AND D/B/A TIJUANA MIKE'S MEXICAN RESTAURANT & TEQUILA BAR

Residence:   2316 COOLEY AVENUE, EAST PALO ALTO, CA 94303-1635

Business:   Business address was not known at the time of service.

As enumerated below:

April 12, 2008  09:15 am
        NO ANSWER (RESIDENCE), NO VEHICLES.
April 13, 2008  08:30 pm
        NO ANSWER (RESIDENCE), PREMISES DARK.
April 14, 2008  07:15 pm
        NO ANSWER (RESIDENCE), NO LIGHTS OR ACTIVITY.
April 15, 2008  06:45 pm
        NO ANSWER (RESIDENCE), NO VEHICLES OR ACTIVITY.
April 16, 2008  07:30 pm
        NO ANSWER (RESIDENCE).
April 17, 2008  07:00 am
        NO ANSWER (RESIDENCE).
April 17, 2008  06:55 pm
        NO ANSWER (RESIDENCE), NO ACTIVITY.
April 18, 2008  06:50 am
        NO ANSWER (RESIDENCE).

(CONTINUED ON NEXT PAGE)

Person who served papers
J. CERVANTES
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was:  $135.00
I am: registered California process server.
    independent contractor
    Registration No.: 1006
    County: SAN FRANCISCO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008                                               /s/ J. Cervantes
                                                                   J. CERVANTES

Judicial Council form POS-010                  DECLARATION REGARDING DILIGENCE                    08775-5/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO : | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.<br>TIJUANA MIKES 11/27/04 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF
GARDEN CITY BOXING CLUB, INC.

DEFENDANT
ZAVALA

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>C07-05925 AMMC ADR |
|---|---|---|---|---|

April 19, 2008   09:19 am
    NOT HOME (RESIDENCE) PER ARMANDO ZAVALA, CO-OCCUPANT.
April 19, 2008   09:20 am
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
    AS NAMED.

Person who served papers
  J. CERVANTES
  ABSOLUTE SERVICE OF LOS ANGELES
  1301 WEST SECOND STREET, SUITE 204
  LOS ANGELES, CA 90026
  (213) 481-7334

The fee for service was: $135.00
I am: registered California process server.
  Employee or independent contractor
  Registration No.: 1006
  County: SAN FRANCISCO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008

                                                          J. CERVANTES

Judicial Council form POS-010                DECLARATION REGARDING DILIGENCE                08775-5/asdd2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.<br>TIJUANA MIKES 11/27/04 | |
| ATTORNEY FOR (Name):  PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF/PETITIONER
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT
ZAVALA

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV. | CASE NUMBER<br>C07-05925 AMMC ADR |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **April 21, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

MIGUEL JUAREZ ZAVALA, INDIVIDUALLY AND D/B/A TIJUANA MIKE'S MEXICAN RESTAURANT & TEQUILA BAR
2316 COOLEY AVENUE
EAST PALO ALTO, CA 94303-1635

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $135.00
I am: registered California process server,
    employee
Registration No.: 5211
County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008

                                                                    M. MANCHESTER

Judicial Council form POS-010              PROOF OF SERVICE BY MAIL                    05775-5/asopmail