| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name):  PLAINTIFF | TIJUANA MIKES 11/27/04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF/PETITIONER:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:
ZAVALA

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C07-05925 AMMC ADR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served: ZAVALA CORPORATION, AN UNKNOWN BUSINESS ENTITY D/B/A TIJUANA MIKE'S MEXICAN RESTAURANT & TEQUILA BAR

   b. Person served: MIGUEL JUAREZ ZAVALA - OWNER & AUTHORIZED AGENT FOR SERVICE

   Person (other than the party in item 3) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)

4. Address where the party was served: 2316 COOLEY AVENUE
   EAST PALO ALTO, CA  94303-1635

5. I served the party
   b. **by substituted service.** On: April 19, 2008 at: 09:20 am  I left the documents listed in item 2 with or in the presence of  ARMANDO ZAVALA - PERSON IN CHARGE
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(h)(2)

7. **Person who served papers**
   a. J. CERVANTES
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $90.00
   e. I am: (3) registered California process server.
      (i) Employee or independent contractor
      (ii) Registration No.: 1006
      (iii) County: SAN FRANCISCO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008

_J. Cervantes_
J. CERVANTES

Judicial Council form POS-010 Rev. 07/01/04

**PROOF OF SERVICE**

06775-6/asgense

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797 | |
| ATTORNEY FOR (Name): tprlaw@att.net | Ref. No. or File No.: | |
| PLAINTIFF | TIJUANA MIKES 11/27/04 | |

Insert name of court, judicial dist. or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF/PETITIONER:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:
ZAVALA

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C07-05925 MMC ADR |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On April 21, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

MIGUEL JUAREZ ZAVALA - OWNER & AUTHORIZED AGENT FOR SERVICE
ZAVALA CORPORATION, AN UNKNOWN BUSINESS ENTITY D/B/A TIJUANA MIKE'S MEXICAN
RESTAURANT & TEQUILA BAR
2316 COOLEY AVENUE
EAST PALO ALTO, CA 94303-1635

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

| Person who served papers | |
|---|---|
| M. MANCHESTER<br>ABSOLUTE SERVICE OF LOS ANGELES<br>1301 WEST SECOND STREET, SUITE 204<br>LOS ANGELES, CA 90026<br>(213) 481-7334 | The fee for service was: $90.00<br>I am: registered California process server.<br>employee<br>Registration No.: 5211<br>County: LOS ANGELES |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008

_____
M. MANCHESTER

PROOF OF SERVICE BY MAIL

Judicial Council form POS-010
08775-6/josephmail