Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc. | CASE NO. 3:07-cv-05925-MMC |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| vs. | |
| Miguel Juarez Zavala, et al. | |
| Defendant. | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, May 23, 2008 at 9:00 a.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff only recently perfected service of process as to the remaining Defendant named to this action. (Please see Plaintiff's Exhibit 1, attached.)

In addition, as of this writing, Plaintiff has yet to recieve an answer or any other responsive pleading from the Defendant and the Defendant has not contacted Plaintiff's counsel following service of the suit papers. As a result, Plaintiff's counsel has not conferred with the Defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:07-cv-5925-MMC
PAGE 1

1    **Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case

2  Management Conference presently scheduled for Friday May 23, 2008 to a new date approximately

3  thirty (30) to forty-five (45) days forward in order that responsive pleadings may be filed by the

4  remaining Defendant and Plaintiff's counsel may thereafter confer with the Defendant and/or his

5  counsel and thereafter prepare and file a Joint Case Management Conference Statement for the Court's

6  review.

7

8

9                                          Respectfully submitted,

10

11

12  Dated: May 13, 2008                     */s/ Thomas P. Riley*

13                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                            By: Thomas P. Riley
14                                          Attorneys for Plaintiff
                                            Garden City Boxing Club, Inc.
15

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:07-cv-5925-MMC
PAGE 2**

**ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:07-cv-5925-MMC styled *Garden City Boxing Club, Inc. v. Miguel Juarez Zavala, et al.*, is hereby continued from 9:00 a.m., Friday, May 23, 2008, to _____.

The Parties shall file a Joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:_____

**THE HONORABLE MAXINE M. CHESNEY**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:07-cv-5925-MMC**
**PAGE 3**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)

**THOMAS P. RILEY, ESQ., Bar No.: 194706**
**THOMAS P. RILEY, LAW OFFICES OF**
**1114 FREMONT AVENUE**
**SOUTH PASADENA, CA  91030**

TELEPHONE NO: **(626) 799-9797**

**tprlaw@att.net**

Ref. No. or File No.

ATTORNEY FOR (Name)    **PLAINTIFF**    **TIJUANA MIKES 11/27/04**

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT**
**OAKLAND DIVISION**
**1301 CLAY ST., SOUTH TOWER**
**OAKLAND, CA  94612-5212**

PLAINTIFF/PETITIONER

**GARDEN CITY BOXING CLUB, INC.**

DEFENDANT/RESPONDENT

**ZAVALA**

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | **C07-05925 AMMC ADR** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   **SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

3. a. Party served:    **MIGUEL JUAREZ ZAVALA, INDIVIDUALLY AND D/B/A TIJUANA MIKE'S MEXICAN RESTAURANT & TEQUILA BAR**

4. Address where the party was served    **2316 COOLEY AVENUE**
   **EAST PALO ALTO, CA  94303-1635**

5. I served the party
   b. **by substituted service.** On:    **April 19, 2008** at **09:20 am** I left the documents listed in item 2
   with or in the presence of    **ARMANDO ZAVALA - CO-OCCUPANT**
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section
   **SERVICE MADE PURSUANT TO FRCP 4(e) (2)**

7. **Person who served papers**
   a. **J. CERVANTES**
   b. **ABSOLUTE SERVICE OF LOS ANGELES**
   **1301 WEST SECOND STREET, SUITE 204**
   **LOS ANGELES, CA 90026**
   c. **(213) 481-7334**

   d. **The fee** for service was:  **$135.00**
   e. I am: (3) registered California process server.
   (i) independent contractor
   (ii) Registration No.: **1006**
   (iii) County: **SAN FRANCISCO**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **April 24, 2008**

_J. CERVANTES_

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA   91030 | TELEPHONE NO.<br>(626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name)       PLAINTIFF | TIJUANA MIKES 11/27/04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA   94612-5212

PLAINTIFF

GARDEN CITY BOXING CLUB, INC.

DEFENDANT

ZAVALA

| DECLARATION<br>RE: DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>C07-05925 AMMC ADR |
|---|---|---|---|---|

I received the within process on April 9, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B)

Party Served:   MIGUEL JUAREZ ZAVALA, INDIVIDUALLY AND D/B/A TIJUANA MIKE'S MEXICAN
              RESTAURANT & TEQUILA BAR

Residence:   2316 COOLEY AVENUE, EAST PALO ALTO, CA 94303-1635

Business:   Business address was not known at the time of service.

As enumerated below:

April 12, 2008   09:15 am
        NO ANSWER (RESIDENCE), NO VEHICLES.
April 13, 2008   08:30 pm
        NO ANSWER (RESIDENCE), PREMISES DARK.
April 14, 2008   07:15 pm
        NO ANSWER (RESIDENCE), NO LIGHTS OR ACTIVITY.
April 15, 2008   06:45 pm
        NO ANSWER (RESIDENCE), NO VEHICLES OR ACTIVITY.
April 16, 2008   07:30 pm
        NO ANSWER (RESIDENCE).
April 17, 2008   07:00 am
        NO ANSWER (RESIDENCE).
April 17, 2008   06:55 pm
        NO ANSWER (RESIDENCE), NO ACTIVITY.
April 18, 2008   06:50 am
        NO ANSWER (RESIDENCE).

(CONTINUED ON NEXT PAGE)

Person who served papers
J. CERVANTES
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was:  $135.00
I am: registered California process server.
        independent contractor
        Registration No.: 1006
        County: SAN FRANCISCO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008

J. CERVANTES

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706 | | (626) 799-9797 | |
| THOMAS P. RILEY, LAW OFFICES OF | | | |
| 1114 FREMONT AVENUE | | tprlaw@att.net | |
| SOUTH PASADENA, CA 91030 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name) PLAINTIFF | | TIJUANA MIKES 11/27/04 | |

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF
GARDEN CITY BOXING CLUB, INC.

DEFENDANT
ZAVALA

| DECLARATION RE: DILIGENCE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | C07-05925 AMMC ADR |

April 19, 2008   09:19 am
    NOT HOME (RESIDENCE) PER ARMANDO ZAVALA, CO-OCCUPANT.
April 19, 2008   09:20 am
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
    AS NAMED.

**Person who served papers**
J. CERVANTES
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $135.00
I am: registered California process server.
    Employee or independent contractor
    Registration No.: 1006
    County: SAN FRANCISCO

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2008

J. CERVANTES

Judicial Council form POS-010          **DECLARATION REGARDING DILIGENCE**          98775 6fund42

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706 | | (626) 799-9797 | |
| THOMAS P. RILEY, LAW OFFICES OF | | | |
| 1114 FREMONT AVENUE | | tprlaw@att.net | |
| SOUTH PASADENA, CA 91030 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name) PLAINTIFF | | TIJUANA MIKES 11/27/04 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA 94612-5212

PLAINTIFF/PETITIONER

GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT

ZAVALA

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | C07-05925 AMMC ADR |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **April 21, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

MIGUEL JUAREZ ZAVALA, INDIVIDUALLY AND D/B/A TIJUANA MIKE'S MEXICAN RESTAURANT & TEQUILA BAR
2316 COOLEY AVENUE
EAST PALO ALTO, CA 94303-1635

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $135.00
I am: registered California process server:
    employee
    Registration No.: 5211
    County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **April 24, 2008**

M. MANCHESTER

Judicial Council form POS-010

**PROOF OF SERVICE BY MAIL**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, May 13, 2008, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Miguel Juarez Zavala (Defendant)
2316 Cooley Avenue
East Palt Alto, CA 94303

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 13, 2008, at South Pasadena, California.

Dated: May 13, 2008

*/s/ Terry Houston*
**TERRY HOUSTON**