Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc. | CASE NO. 3:07-cv-05925-MMC |
|---|---|
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| vs. | |
| Miguel Juarez Zavala, et al. | |
| Defendant. | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, May 23, 2008 at 9:00 a.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff only recently perfected service of process as to the remaining Defendant named to this action.  (Please see Plaintiff's Exhibit 1, attached.)

In addition, as of this writing, Plaintiff has yet to recieve an answer or any other responsive pleading from the Defendant and the Defendant has not contacted Plaintiff's counsel following service of the suit papers.  As a result, Plaintiff's counsel has not conferred with the Defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:07-cv-5925-MMC
PAGE 1

1    **Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case

2    Management Conference presently scheduled for Friday May 23, 2008 to a new date approximately

3    thirty (30) to forty-five (45) days forward in order that responsive pleadings may be filed by the

4    remaining Defendant and Plaintiff's counsel may thereafter confer with the Defendant and/or his

5    counsel and thereafter prepare and file a Joint Case Management Conference Statement for the Court's

6    review.

7

8

9                                        Respectfully submitted,

10

11

12

       Dated: May 13, 2008              /s/ Thomas P. Riley
13                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
14                                      Attorneys for Plaintiff
                                        Garden City Boxing Club, Inc.
15

16

       ///
17
       ///
18
       ///
19
       ///
20
       ///
21
       ///
22
       ///
23
       ///
24
       ///
25
       ///
26
       ///
27
       ///
28

       **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
       CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
       CASE NO. 3:07-cv-5925-MMC
       PAGE 2**

## ORDER ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 3:07-cv-5925-MMC styled *Garden City Boxing Club, Inc. v. Miguel Juarez Zavala, et al.*, is hereby continued from 9:00 a.m., Friday, May 23, 2008, to  June 27, 2008 at 10:30 a.m.

The Parties shall file a Joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED:**

Dated:  May 15, 2008

**THE HONORABLE MAXINE M. CHESNEY**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:07-cv-5925-MMC
PAGE 3