Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Miguel Juarez Zavala, et al<br><br>Defendant. | Case No. 3:07-cv-05925 MMC<br><br>**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT** |

**To:  The Clerk of the above-entitled Court:**

I, Thomas P. Riley, declare as follows:

1.   I am the attorney for Garden City Boxing Club, Inc., in the above-entitled action.

2.   On April 21, 2008, Defendant was duly served with Summons and Complaints and supplemental suit papers filed in this action.

3.   On or about April 24, 2008, the Proof of Service, evidencing same was filed with the Court.

4. The Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

5. Defendant is not an infant, incompetent person or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

6. Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated:  June 20, 2008   */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 20, 2008, served:

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Miguel Juarez Zavala (Defendant)
2316 Cooley Avenue
East Palo Alto, CA 94303

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 20, 2008, at South Pasadena, California.

Dated: June 20, 2008                    */s/ Terry Houston*
                                        **TERRY HOUSTON**