**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | No. C 07-5925 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| MIGUEL JUAREZ ZAVALA, et al., | |
| Defendants | |

Plaintiff having filed a request that the Clerk enter default against defendant Miguel Juarez Zavala, the only remaining defendant in the instant action, the Case Management Conference previously scheduled for June 27, 2008 is hereby CONTINUED to September 26, 2008.

Further, plaintiff is hereby DIRECTED to file, no later than July 25, 2008, a motion for default judgment with respect to said defendant, with said motion to be noticed for hearing on August 29, 2008.

**IT IS SO ORDERED.**

Dated: June 24, 2008

MAXINE M. CHESNEY
United States District Judge