**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 26, 2008

RE:  CV 07-05925 MMC     GARDEN CITY BOXING CLUB, INC.-v- MIGUEL JUAREZ ZAVALA

Default is entered as to Defendant Miguel Juarez Zavala on 06/26/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by*Alfred Amistoso*
Case Systems Administrator

NDC TR-4  Rev. 3/89