Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Miguel Juarez Zavala, et al.<br><br>Defendant. | CASE NO. CV 07-5925 MMC<br><br>DECLARATION OF AFFIANT |

TO THE CLERK OF THE COURT:

A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof.

Respectfully submitted:

Date: July 15, 2008

/s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

## AFFIDAVIT

I, the undersigned, being duly sworn according to law deposes and says, that on November 27, 2004 at 9:00 P.M., I entered the Tijuana Mike's located at 200 San Joaquin, Antioch, CA 94509.

I paid a cover charge of $0.00 to enter this establishment. I ordered no drinks from the Bartender who is described as: A Hispanic Male Adult, approximately 5'9, large built approximately 30, and a black mustache. He was being assisted by a Hispanic Female Adult, approximately 5'2, 115 lbs. approximately 21 years old with a long black pony tail

I observed 1 television located inside this establishment. The television can be described as follows: 27 inch television located above the bar.

At the time I was inside the above establishment, I observed the following program on the above television: The National anthem was just finishing and showing an African American male adult singer, large build with dreadlocks his name was not mentioned. Jim Lampley was speaking primarily about Barrera's career, as he began boxing at 14 years (the room was very loud and the announcer may have said 16 years old) while they flashed pictures of Barrera's training and weight room. Barrera began to enter the ring with his entourage, wearing a dark blue robe with white trim and the word ESTO on the left upper front of the robe.

I also observed the following distinguishing items inside the establishment: Advertisements for Tijuana Mikes Happy Hour on Tuesdays.

This establishment rates Fair. The capacity of this establishment is approximately 20 people. At the time of my appearance I counted the number of patrons three (3) separate times. The head counts were 24, 24 and 24. I left the above establishment at 9:21 P.M. on November 27, 2004.

I also observed the following license plates in the parking lot
1) 5AHP139  2) 6V38261  3) 2Z50636
4) 5FRF636  5) 4CGZ647

Date: 12/8, 2004

Signature of Investigator

Jeffery Kaplan
Name of Investigator (Printed)

Complete Investigations
Investigative Agency

925-827-2231
Telephone Number of Agency

## NOTARY

On December 8th 2004, before me, MARLA ANNE POWERS Notary Public, personally appeared JERFERY KAPLAN [ ] personally known to me --- or --- [X] and sworn to me proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

Marla Anne Powers
Signature of Notary

MARLA ANNE POWERS
Commission # 1527682
Notary Public - California
Contra Costa County
My Comm. Expires Nov 18, 2008



**California Department of Alcoholic Beverage Control**
*License Query System Summary*
*as of 12/7/2004*

### License Information
- **License Number:** 412027  **Status:** ACTIVE
- **Primary Owner:** ZAVALA CORPORATION
- **ABC Office of Application:** OAKLAND

### Business Name
- **Doing Business As:** TIJUANA MIKES MEXICAN RESTAURANT & TEQUILA BAR

### Business Address
- **Address:** 200 SAN JOAQUIN AVE   **Census Tract:** 3080.01
- **City:** ANTIOCH   **County:** CONTRA COSTA
- **State:** CA   **Zip Code:** 94509

### Licensee Information
- **Licensee:** ZAVALA CORPORATION

#### Company Officer Information
- **Officer:** ZAVALA MIGUEL JUAREZ, PRESIDENT/SECRETARY

### License Types

1) **License Type:** 47 - ON-SALE GENERAL EATING PLACE
   - **License Type Status:** ACTIVE
   - **Status Date:** 01-JUN-2004   **Term:** Month(s)
   - **Original Issue Date:** 01-JUN-2004   **Expiration Date:** 31-MAY-2005
   - **Master:** Y   **Duplicate:** 0   **Fee Code:** P40
   - **Condition:** OPERATING RESTRICTIONS
   - **License Type was Transferred On:**   **From:** 370332

2) **License Type:** 30 - TEMPORARY PERMIT
   - **License Type Status:** ISSUE
   - **Status Date:** 09-APR-2004   **Term:** Month(s)
   - **Original Issue Date:**   **Expiration Date:**
   - **Master:** Y   **Duplicate:** 1   **Fee Code:** NA

### Current Disciplinary Action
. . . No Active Disciplinary Action found . . .

### Disciplinary History
. . . No Disciplinary History found . . .

### Hold Information
. . . No Active Holds found . . .

- - - End of Report - - -

For a definition of codes, view our glossary.

# California Business Portal

DISCLAIMER: The information displayed here is current as of DEC 03, 2004 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ZAVALA CORPORATION | | |
| Number: C2604755 | Date Filed: 1/30/2004 | Status: active |
| Jurisdiction: California | | |
| Address | | |
| 200 SAN JOAQUIN AVE | | |
| ANTIOCH, CA 94509 | | |
| Agent for Service of Process | | |
| MIGUEL ZAUALA | | |
| 2316 COOLEY AVE | | |
| E PALO ALTO, CA 94303 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



NOV 27 2004 9:06:28 PM



NOV 27 2004 9:04:53 PM

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 15, 2008, I served:

## DECLARATION OF AFFIANT

On all parties referenced by enclosing true copies thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Miguel Juarez Zavala (Defendant)
2316 Cooley Avenue
East Palo Alto, CA 94303

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 15, 2008, at South Pasadena, California.

Dated: July 15, 2008          /s/ Emily Stewart
                              EMILY STEWART

DECLARATION OF AFFIANT
CASE NO. CV 07-5929 MMC
PAGE 2