Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Garden City Boxing Club, Inc.,** | **Case No. CV 07-5925 MMC** |
| **Plaintiff,** | **ORDER (Proposed)** |
| **vs.** | |
| **Miguel Juarez Zavala, et al.,** | |
| **Defendant.** | |

Default having been entered in this action on June 26, 2008 against Miguel Juarez Zavala, individually and d/b/a Tijuana Mike's Mexican Restaurant & Tequila Bar, and the application for and declarations in support of default judgment having been filed on or about July 15, 2008, and having been served on the Defendant and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///
///

**ORDER (Proposed)**
**CASE NO. CV 07-5925 MMC**
**PAGE 1**

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendant Miguel Juarez Zavala, individually and d/b/a Tijuana Mike's Mexican Restaurant & Tequila Bar and in favor of Garden City Boxing Club, Inc., as follows:

| | | |
|---|---|---|
| a. | For the Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ 50,000.00 |
| b. | For the Violation of Title 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $ 50,000.00 |
| c. | For the Tort of Conversion: | $    800.00 |
| | Total: | $ 100,800.00 |

**Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $100,800.00.**

**ITS SO ORDERED**:

_____          Dated:_____

**The Honorable Maxine M. Chesney**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///

**ORDER (Proposed)**
**CASE NO. CV 07-5925 MMC**
**PAGE 2**

1

2                      **PROOF OF SERVICE (SERVICE BY MAIL)**

3

4          I declare that:

5

6          I am employed in the County of Los Angeles, California.  I am over the age of eighteen

7   years and not a party to the within cause; my business address is First Library Square, 1114

8   Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's

9   practice for collection and processing of correspondence/documents for mail in the ordinary course

10  of business.

11

12         On July 15, 2008, I served:

13

14         **ORDER (PROPOSED)**

15

16  On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and

    following ordinary business practices, said envelope was duly mailed and addressed to:

17

18         Miguel Juarez Zavala (Defendant)

19         2316 Cooley Avenue
           East Palo Alto, CA 94303

20

21

22         I declare under the penalty of perjury pursuant to the laws of the United States that the

23  foregoing is true and correct and that this declaration was executed on July 15, 2008, at South

24  Pasadena, California.

25

26  Dated:  July 15, 2008                    */s/ Emily Stewart*
                                             **EMILY STEWART**

27

28

    **ORDER (Proposed)**
    **CASE NO. CV 07-5925 MMC**
    **PAGE 3**