1

2
IN THE UNITED STATES DISTRICT COURT

3

4
FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6
GARDEN CITY BOXING CLUB, INC.,

No. CV-07-5925 MMC

7
       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

8
  v.

9

10
MIGUEL JUAREZ ZAVALA, et al.,

       Defendants.

11
                         /

12

13
    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

14

15
    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

16

17
    **IT IS SO ORDERED AND ADJUDGED** plaintiff's motion for default judgment is hereby GRANTED, and plaintiff shall have judgment against defendant Miguel Juarez Zavala in the amount of $6000.

18

19

20

21
Dated: August 21, 2008                              Richard W. Wieking, Clerk

22
                                         *Tracy Lucero*

23
                                By: Tracy Lucero
                                Deputy Clerk

24

25

26

27

28