| | |
|---|---|
| 1 | DAVID J. COOK, ESQ. (State Bar # 060859)<br>ROBERT J. PERKISS, ESQ (State Bar # 62386) |
| 2 | COOK COLLECTION ATTORNEYS<br>A PROFESSIONAL LAW CORPORATION |
| 3 | 165 Fell Street<br>San Francisco, CA 94102 |
| 4 | Mailing Address: P.O. Box 270<br>San Francisco, CA 94104-0270 |
| 5 | Tel.: (415) 989-4730<br>Fax: (415) 989-0491 |
| 6 | File No. 52,964 |
| 7 | Attorneys for Plaintiff<br>GARDEN CITY BOXING CLUB, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., | ) | CASE NO. CV-07-5925-MMC |
| Plaintiff, | ) | |
| | ) | ASSOCIATION OF COUNSEL |
| vs. | ) | |
| MIGUEL JUAREZ ZAVALA, doing business as Tijuana Mike's, | ) | |
| Defendant. | ) | |

The law offices of Thomas P. Riley hereby associates the law offices of Cook Collection Attorneys, A Professional Law Corporation, and David J. Cook, Esq. as and for associate counsel in the above-entitled proceeding herein. The name, address, telephone, fax number and email of Cook Collection Attorneys, P.L.C. are set forth below:

> DAVID J. COOK, ESQ.
> COOK COLLECTION ATTORNEYS
> A PROFESSIONAL LAW CORPORATION
> 165 Fell Street
> San Francisco, CA 94102
> Mailing Address: P.O. Box 270
> San Francisco, CA 94104-0270
> Tel: (415) 989-4730
> Fax: (415) 989-0491
> Email: Cook@SqueezeBloodFromTurnip.com

1  This association is accepted and authorized by:

2  DATED: September 3, 2008                LAW OFFICES OF THOMAS P. RILEY

3
                                           By:  /s/ Thomas P. Riley
4                                          THOMAS P. RILEY, ESQ. (SB#194706)
                                           Attorney for Plaintiff
5
   We accept the above association of counsel.
6
   DATED: September 3, 2008                COOK COLLECTION ATTORNEYS
7

8                                          By:  /s/ David J. Cook
                                           DAVID J. COOK, ESQ. (SB# 060859)
9                                          Attorney for Plaintiff

10

11
   F:\USERS\DJCNEW\zavala.aso
12

ASSOCIATION OF COUNSEL - CASE NO. CV-07-5925-MMC                              2

# PROOF OF SERVICE

MIGUEL JUAREZ ZAVALA
dba Tijuana Mike's
200 San Joaquin Avenue
Antioch, CA 94509

MIGUEL JUAREZ ZAVALA
dba Tijuana Mike's
2316 Cooley Avenue
East Palo Alto, CA 94303

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

ASSOCIATION OF COUNSEL

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2008.

                                                    /s/ Karene Jen
                                                    Karene Jen