**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* (877) 989 4730  Fax: (866) 989 4730 |
|---|

Recording requested by and return to:
DAVID J. COOK, Esq. CSB: 60859
Cook Collection Attorneys, PLC
165 Fell Street
San Francisco, CA 94102

[✓] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: United States District Court
MAILING ADDRESS: Northern District of California San Francisco Branch
CITY AND ZIP CODE: 450 Golden Gate Ave
BRANCH NAME: San Francisco, CA 94102

FOR RECORDER'S USE ONLY

PLAINTIFF: GARDEN CITY BOXING CLUB INC.
DEFENDANT: MIGUEL JUAREZ ZAVALA

CASE NUMBER: C07 05925 MMC

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address

   MIGUEL JUAREZ ZAVALA
   2316 Cooley Avenue
   East Palo Alto, CA 94303

   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* SAME AS ABOVE

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):* Garden City Boxing Club Inc. care of David J. Cook, Esq. Cook, 165 Fell Street, San Francisco, CA 94102

Date: Sept. 2, 2008
DAVID J. COOK, Esq. CSB: 060859
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $6,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* August 21, 2008
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

**RICHARD W. WIEKING**

This abstract issued on *(date):* 9/3/08

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
wwwwwEJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190