| | | EJ-130 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number and address):*<br>DAVID J. COOK, Esq.  CSB: 060859<br>COOK COLLECTION ATTORNEYS, PLC.<br>165 Fell Street<br>San Francisco, CA 94102<br><br>TELEPHONE NO.: (877) 989 4730   FAX NO. *(Optional):* (866) 989 0491<br>E-MAIL ADDRESS *(Optional):* DavidCook@CookCollectionAttorneys.Com<br>ATTORNEY FOR *(Name):* GARDEN CITY BOXING CLUB INC.<br>[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: United States District Court, Northern Dis. of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Branch

PLAINTIFF: GARDEN CITY BOXING CLUB INC.

DEFENDANT: MIGUEL JUAREZ ZAVALA

| **WRIT OF** | [✓] EXECUTION (Money Judgment)<br>[✓] POSSESSION OF  [ ] Personal Property<br>                            [ ] Real Property<br>[ ] SALE | **CASE NUMBER:**<br>C 07 5925 MMC |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** NORTHERN DISTRICT OF CALIFORNIA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* GARDEN CITY BOXING CLUB INC.
   is the [✓] judgment creditor  [ ] assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name and last known address):*
   MIGUEL JUAREZ ZAVALA
   2316 Cooley Avenue
   East Palo Alto, CA 94303

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):*
   August 21, 2008
6. [ ] **Judgment renewed** on *(dates):*

7. **Notice of sale** under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ................... $ 6,000.00
12. Costs after judgment (per filed order or
    memo CCP 685.090) ............ $    -0-
13. Subtotal *(add 11 and 12)* ......... $ 6,000.00
14. Credits ...................... $    -0-
15. Subtotal *(subtract 14 from 13)* ..... $ 6,000.00
16. Interest after judgment (per filed affidavit
    CCP 685.050) (not on GC 6103.5 fees)... $    -0-
17. Fee for issuance of writ ............. $    -0-
18. **Total** *(add 15, 16, and 17)* ........... $ 6,000.00
19. Levying officer:
    (a) Add daily interest from date of writ
        *(at the legal rate on 15)* (not on
        GC 6103.5 fees) of. . . . . .   $ .34 per day
    (b) Pay directly to court costs included in
        11 and 17 (GC 6103.5, 68511.3; CCP
        699.520(i)) ............... $

20. [ ] The amounts called for in items 11–19 are different for each debtor.
    These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

Issued on *(date):* 9/3/08   Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.JuriSearch.com